**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PRABHA SAXENA, *et al.*,

                    Plaintiff,

          v.

TERRI SAXENA, *et al.*

                    Defendants.

Case No.: 2:26-cv-01308-GMN-EJY

**ORDER**

Pending before the Court is Plaintiff Prabha Saxena's Motion for Reconsideration of Denial of Temporary Restraining Order and Preliminary Injunction, (ECF No. 22).  Three days after filing the Motion, Plaintiff filed a Notice of Appeal of the Court's Order Denying Motion for Temporary Restraining Order and Preliminary Injunction, (ECF No. 23).  Plaintiff's appeal of the Order Denying the Motion for Temporary Restraining Order and Preliminary Injunction divests this Court of jurisdiction to consider it. *See Nat. Res. Def. Council, Inc. v. Sw. Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001); *Collegium Fund, LLC, Series 5 v. Wells Fargo Bank, N.A.*, No. 2:13-cv-01550-GMN, 2013 WL 6692952, at *1 (D. Nev. Dec. 17, 2013) ("Plaintiff's appeal of the Court's denial of Plaintiff's Motion for Preliminary Injunction deprives this Court of jurisdiction to reconsider that order.").  The Court therefore denies the Motion for Reconsideration without prejudice for lack of jurisdiction.

Also pending before the Court is the Motion for Entry of Clerk's Default, (ECF No. 26), filed by Plaintiff Prabha Saxena.  Defendants Alterwitz Katz, LLP, Marco II Angioni, and Terri Saxena filed a Response, (ECF No. 29).  Defendants Robert L. Bolick and Stuart Taylor filed a Joinder to that Response, (ECF No. 31).  Plaintiff seeks entry of default against all Defendants for their failure to answer or otherwise respond to the Amended Complaint filed on May 19, 2026.  But, as Defendants identify in their Response, there is no evidence that the Amended

Complaint has been properly served on Defendants.  Plaintiff explains that the "Amended Complaint was served via the Court's CM/ECF system." (Mot. Entry Default ¶ 1).  But Plaintiff is required to effectuate service of the Amended Complaint in compliance with the requirements of Federal Rule of Civil Procedure 4; electronic notice through CM/ECF is not sufficient to satisfy those requirements.  Because Defendants have not yet been properly served the Amended Complaint, they are not yet required to answer or otherwise respond.  Thus, the Motion for Entry of Clerks Default is denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration, (ECF No. 22), is **DENIED without prejudice** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Entry of Clerk's Default, (ECF No. 26), is **DENIED.**

Dated this   26   day of June, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court