**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PRABHA SAXENA, et al.,

Plaintiffs

v.

TERRI SAXENA, et al.,

Defendants

Case No.: 2:26-cv-01308-APG-EJY

**Order Granting Motion to Supplement and Denying Motion for Temporary Restraining Order**

[ECF Nos. 35, 47]

Prabha Saxena filed another motion for a temporary restraining order (TRO) seeking to stay a Nevada state probate court from proceeding with three hearings. ECF No. 35. She also filed a motion to supplement her TRO motion with additional information. ECF No. 47. I grant the motion to supplement. But I deny the TRO motion for two reasons. First, the motion is moot because all three of those hearings (scheduled for August 14 and 21 and September 4) have already occurred so there is nothing to enjoin. Second, Judge Navarro has previously ruled that this court lacks jurisdiction to interfere with the state probate proceedings. ECF No. 16 at 3. I agree with Judge Navarro's decision, and the new TRO motion offers nothing to change that analysis.

I THEREFORE ORDER that the plaintiff's motion to supplement **(ECF No. 47) is granted**.

I FURTHER ORDER that the plaintiff's motion for a temporary restraining order **(ECF No. 35) is denied**.

DATED this 17th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE