**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PRABHA SAXENA, et al.,<br>Plaintiffs<br>v.<br>TERRI SAXENA, et al.,<br>Defendants | Case No.: 2:26-cv-01308-APG-EJY<br>**Order Denying Motion for Reconsideration and Motion for Preliminary Injunction**<br>[ECF Nos. 54, 55] |

I previously denied Prabha Saxena's motion for a temporary restraining order (TRO) seeking to stay a Nevada state probate court proceeding. ECF No. 53. Saxena now moves for reconsideration of that denial and issuance of an injunction against those state court proceedings. ECF Nos. 54, 55. The motions fail to offer a valid reason why I should reconsider and change my decision.

Saxena contends I misapplied the law by holding that this court lacks "jurisdiction over civil rights violations under Title II of the [Americans with Disabilities Act (ADA)] (42 U.S.C. § 12133)." ECF No. 54 at 9. This assertion is wrong for a few reasons. First, I did not say that. Second, it is irrelevant because Saxena's complaint does not assert a claim under the ADA. ECF No. 4. Her motions make arguments about the ADA, but an injunction must be based upon the claims asserted in the complaint. This court has jurisdiction over the claims in the complaint (e.g., RICO, Fair Housing Act), but the motions are not based on those claims. And as I stated in my prior order, this court lacks jurisdiction to interfere with state probate proceedings. ECF No. 53 at 1 (citing ECF No. 16 at 3). And that is what Saxena requests: for me to "halt" and stay "all state court proceedings, including enforcement of the [probate court's] September 17 Report and Recommendation and the interpleader . . . ." ECF No. 54 at 14. Her alternative request, that I

enjoin the defendants from enforcing the probate court's orders, is the same request dressed in different clothes.

I THEREFORE ORDER that the plaintiff's motions for reconsideration and a preliminary injunction **(ECF Nos. 54, 55) are denied**.

DATED this 16th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE